**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>MARIA SHTRAYM<br>-v-<br>MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security, et. al., | Case Number:<br>FILED: MAY 6, 2008<br>08CV2590         TG<br>JUDGE GUZMAN<br>MAGISTRATE JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Maria Shtraym

---

**NAME (Type or print)**
Stanley J. Horn

**SIGNATURE** (Use electronic signature if the appearance form is filed electronically)
s/ Stanley J. Horn

**FIRM**
Horn, Khalaf, Abuzir, Mitchell & Schmidt, LLC

**STREET ADDRESS**
2 N. LaSalle Street, Suite 630

**CITY/STATE/ZIP**
Chicago, IL 60602

**ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**           **TELEPHONE NUMBER**
                                                    (312) 281-5444

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐