# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MARIA SHTRAYM
A71 317 370

V.

MICHAEL CHERTOFF, Secretary of the U.S.
Department of Homeland Security, et. al.,

CASE NUMBER: 08C2590

ASSIGNED JUDGE: JUDGE GUZMAN

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE COX

TO: (Name and address of Defendant)

U.S. Attorney's Office
Northern District of Illinois
219 S. Dearborn Street, Suite 500
Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stanley J. Horn
Horn, Khalaf, Abuzir, Mitchell & Schmidt, LLC
2 North LaSalle Street
Suite 630
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

May 6, 2008
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: July 8, 2008 |
| NAME OF SERVER *(PRINT)*: Stanley Ciepiela | TITLE: Senior Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served defendant by certified mail with return receipt.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/8/08
　　　　　　　　*Date*

*Signature of Server*

Horn, Khalaf, Abuzir, Mitchell & Schmidt
2 N. LaSalle Street
Suite 630
Chicago, IL 60602
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

STANLEY J. HORN
HORN, KHALAF, ABUZIR, MITCHELL & SCHMIDT
2 N. LASALLE STREET
SUITE 630
CHICAGO, ILLINOS 60602


RE: SHTRAYM -V- CHERTOFF

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. ATTORNEY'S OFFICE
NORTHERN DISTRICT OF ILLINOIS
219 S. DEARBORN STREET
SUITE 500
CHICAGO, ILLINOIS 60604

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☒ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                  5/12/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7001 0360 0000 4307 7776

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540